# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Gua Jia Nai, *et al.*,

    Plaintiffs,

v.

U.S. HOME CORPORATION, *et al.*,

    Defendants.

Case No. 2:12-cv-00165-LDG (RJJ)

**ORDER**

    For good cause shown,

    THE COURT **ORDERS** that the Plaintiffs' Motion for Preliminary Injunction (#4) is DENIED;

    THE COURT FURTHER **ORDERS** that the Plaintiffs' Motion for Extension of Time and Order (#6) is DENIED.

DATED this ____ day of August, 2012.

_____
Lloyd D. George
United States District Judge