# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GUOJIA MAI, *et al.*,

    Plaintiffs,

v.

U.S. HOME CORPORATION, *et al.*,

    Defendants.

Case No. 2:12-cv-00165-LDG (RJJ)

**ORDER**

    Defendant Homeward Residential, Inc. moves to dismiss (#12) the plaintiffs' amended complaint (#8). The Court notified the plaintiffs, who are proceeding *pro se*, regarding the requirements to oppose a motion to dismiss (#13). The plaintiffs have not filed any opposition, which failure constitutes a consent to the granting of the motion to dismiss. *See* LR 7-2(d). Accordingly, the Court will dismiss this action as against defendant Homeward Residential, Inc.

    In addition, the Court previously notified the plaintiffs that the official record in this action reflected that the plaintiffs had not served the amended complaint on either of the remaining defendants: U.S. Home Corporation and MERSCORP Inc. The Court further notified the plaintiffs that this action would be dismissed as against these defendants without prejudice if plaintiffs failed to file proof of service not later than October 6, 2012.

1  The plaintiffs have not filed the requisite proof of service.  Accordingly, the Court will
2  dismiss this action without prejudice as against defendants U.S. Home Corporation and
3  MERSCORP Inc.
4      Therefore for good cause shown,
5      THE COURT **ORDERS** that Defendant Homeward Residential, Inc.'s Motion to
6  Dismiss (#12) is GRANTED; Defendant Homeward Residential, Inc. is DISMISSED with
7  prejudice.
8      THE COURT FURTHER **ORDERS** that Defendants U.S. Home Corporation and
9  MERSCORP Inc. are DISMISSED without prejudice for plaintiffs' failure to timely serve
10 these defendants with the amended complaint.

DATED this ___ day of November, 2012.

_____
Lloyd D. George
United States District Judge

2