GREGG A. HUBLEY (NV Bar #007386)
K. ALEXANDRA CAVIN (NV Bar #11782)
**PITE DUNCAN, LLP**
701 Bridger Avenue, Suite 700
Las Vegas, NV 89101
Telephone: (702) 991-4628
Facsimile: (702) 685-6342
E-mail: Ghubley@piteduncan.com

Attorneys for Defendant HOMEWARD RESIDENTIAL, INC. f/k/a AMERICAN HOME MORTGAGE SERVICING, INC., incorrectly named herein as AMERICAN HOME LOANS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JING-LIN-LIU<br>GUO-JIA-NAI,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. HOME CORPORATION; AMERICAN HOME LOANS SERVICING, LP; MERSCORP, INC., a Virginia Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Subsidiary of MERSCORP, INC., a Delaware Corporation; DOES I-X, ROE CORPORATIONS I-X,<br><br>Defendants. | Case No. 2:12-cv-00165-LDG-RJJ<br><br>**ORDER GRANTING REQUEST TO EXPUNGE LIS PENDENS** |

The Court finds that on February 7, 2012, Plaintiffs, JING-LIN-LIU and GUO-JIA-NAI, recorded a Notice of Lis Pendens ("Lis Pendens") in the Official Records of Clark County, Nevada as Instrument No. 20120207-0000308. (See, Notice of Lis Pendens, attached hereto as **Exhibit A**.)

The Court further finds that on October 8, 2012, Defendant, HOMEWARD RESIDENTIAL, INC. ("Homeward"), filed a Motion to Dismiss Plaintiffs' Amended Complaint with Prejudice and Request to Expunge Lis Pendens ("Motion to Dismiss") [Doc. #12].

The Court further finds that on November 30, 2012, the Court entered an Order Granting Homeward's Motion to Dismiss with prejudice [Doc. #16].

1  Upon consideration of Homeward's request to cancel and expunge the Lis Pendens, and good
2  cause appearing therefore, the Court hereby grants Homeward its requested relief and rules as
3  follows:

4  **IT IS HEREBY ORDERED** that the Lis Pendens recorded on February 7, 2012, in the
5  Official Records of Clark County, Nevada as Instrument No. 20120207-0000308 be CANCELED,
6  RELEASED and EXPUNGED.

7  **IT IS FURTHER ORDERED** that Homeward record a certified copy of this Order in the
8  Official Records of Clark County, Nevada within a reasonable amount of time from the date of this
9  Order's issue.

10  DATED this ___ day of ____Dec____, 2012.

12  _____
    UNITED STATES DISTRICT JUDGE

13  Respectfully submitted by:

14  PITE DUNCAN, LLP

16  _____
    GREGG A. HUBLEY
    K. ALEXANDRA CAVIN
17  *Attorneys for Defendant HOMEWARD
    RESIDENTIAL, INC.*

# EXHIBIT A

# EXHIBIT A

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003. All rights reserved.

Inst #: 201202070000683
Fees: $18.00
N/C Fee: $0.00
02/07/2012 09:25:20 AM
Receipt #: 1058691
Requestor:
PHUOC TRAN
Recorded By: SUO  Pgs: 2
**DEBBIE CONWAY**
**CLARK COUNTY RECORDER**

## RECORDING COVER PAGE

Must be typed or printed clearly in black ink only.

APN# 124-26-213-022

11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

### TITLE OF DOCUMENT (DO NOT Abbreviate)

Note- Lis Pendens Nd for Jury Trial

Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.

Recording requested by:

PHUOC TRAN

Return to:

Name: Jing-Lin-Liu-Guo-Jia-Liu
Address: 8832-Settlers-Pointy CT.
City/State/Zip: Las Vegas-NV 89148

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

1  LIS PENDENS
   COMPLAINT JURY TRIAL
2  JING-LIN-LIU-GUO-JIA-LIU
   MAILING ADDRESS:
3
4  8832-SETTLERS-POINT CT
   Las-Vegas-NV-89148
5  PLAINTIFF PRO SE

LIS PENDENS

2012 FEB -1  A 9: 47

DISTRICT COURT

CLARK COUNTY NEVADA

JING-LIN-LIU
GUO-JIA-LIU Plaintiff,

-vs-

AMERICA HOME LOANS INC.; and
RECONTRUST COMPANY N.A.;

Defendants.

2:12-cv-00165-LDG -RJJ

DEPT. NO.

LIS PENDENS

### LIS PENDENS COMPLAINT AND DEMAND FOR JURY TRIAL

COMES now Plaintiff JING-LIN-LIU GUO-JIA-LIU an individual and hereby submits this Complaint in Proper Person and claims that AMERICA HOME LOANS INC.; RECONTRUST COMPANY N.A.; now known collectively as Defendants conspired to foreclose on the Plaintiff's Property 808-Cowboy-CROSS Ave N Las-Vegas-NV-89086 PARTIES

1. Plaintiff is a citizen of Clark County and an individual acting in Proper Person before this Honorable Court.

2. Defendant AMERICA Home Loans Inc., (AMERICA) is a foreign corporation residing in New York and operating a business in the State of California.

3. Defendant Recontrust Company N.A. was a Nevada Corporation operating a business in the State of Nevada.

I hereby attest and certify on 2/1/12 that the foregoing document is a full, true and correct copy of the original on file in my legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By _____ Deputy Clerk